# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVE WAY INTERNATIONAL LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMITH ELECTRIC VEHICLES CORP.,<br><br>　　　　Defendant. | Case No. 17-mc-80118-SK<br><br>**ORDER TO SHOW CAUSE** |

On November 3, 2017, Active Way International Limited filed a motion for an order authorizing the sale of stock and credit bid. (Dkt. No. 27.) The motion is scheduled for hearing on December 11, 2017 and any opposition was due by November 17, 2017. Given that Defendant Smith Electric Vehicles Corp. has not filed an opposition, this Court issues this Order to Show Cause why the Plaintiff's motion should not be considered unopposed. Defendant may file a written response by November 30, 2017. If Defendant does not do so, the Court will consider the motion unopposed.

**IT IS SO ORDERED**.

Dated: November 21, 2017

_____
SALLIE KIM
United States Magistrate Judge